# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**TAYLOR YORK**                                                                              **PLAINTIFF**

**V.**                  **CASE NO. 3:17-CV-328-BD**

**LARRY BRYAN LACY,**
**PIONEER SUPPLY LLC, and**
**BRYAN LACY UTILITY SALES, INC.**                        **DEFENDENTS**

## **ORDER**

The parties have notified the Court of their settlement of all claims and have moved jointly to dismiss the case with prejudice. (Docket entry #18) The motion to dismiss is GRANTED. Accordingly, the trial scheduled to begin November 27, 2018 is cancelled, and the case is dismissed with prejudice.

IT IS SO ORDERED, this 11th day of September, 2018.

                                                  _____
                                                  UNITED STATES MAGISTRATE JUDGE